**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                             CASE NO.  3:97cr43LAC

STACY PERRY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on     MAY 19, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE     on 5/19/08     Doc.# 157

RESPONSES:

                                       on         Doc.#
                                       on         Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                       WILLIAM M. McCOOL, CLERK OF COURT

                                       *s/Mary Maloy*
LC (1 OR 2)                             Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of June, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing, the defendant was held accountable for 24 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendments 706, 711 and 715 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendments 706, 711 and 715.*

                                                            *s/L.A. Collier*
Entered On Docket: _____ By: __     ***LACEY A. COLLIER***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP     ***Senior United States District Judge***
Copies sent to:_____

Document No.