# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 3:97cr43/LAC

STACY D. PERRY,

    Defendant.

_____/

## **ORDER**

    This cause is before the Court on limited remand from the Eleventh Circuit Court of Appeals. The remand is limited to a determination of when Defendant delivered his notice of appeal to prison authorities, whether the notice of appeal was therefore timely filed, and if untimely, whether there exists excusable neglect or good cause to justify an extension of time. *See United States v. Ward*, 696 F.2d 1315, 1317-18 (11th Cir. 1983). Accordingly, the Defendant shall have until **September 10, 2008**, to respond to this Order.

    **ORDERED** on this 26th day of August, 2008.

                                                                   s/ *L.A. Collier*
                                                                   Lacey A. Collier
                                                         Senior United States District Judge