IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 3:97cr43/LAC

STACY D. PERRY,

    Defendant.
_____/

**ORDER**

      This cause is before the Court on limited remand from the Eleventh Circuit Court of Appeals. On August 26, 2008, Defendant was ordered to respond as to whether his notice of appeal was timely filed or whether there existed excusable neglect or good cause to justify an extension of time.[1] Defendant has not filed a response, and now the September 10, 2008, deadline has clearly passed, even after allowing for "mailbox rule" considerations.

      Review of the file shows that the notice of appeal was clearly not received on a timely basis, and because of Defendant's failure to respond, the Court finds he has not shown excusable neglect or good cause to justify an extension.

---

[1] Clerk records show that the Court's order was mailed to Defendant on August 27, 2008.

As directed by the Eleventh Circuit, the Clerk is directed to return the file to the Eleventh Circuit for further proceedings.

**ORDERED** on this 22nd day of September, 2008.

                                                s/ *L.A. Collier*
                                                Lacey A. Collier
                                        Senior United States District Judge